UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FIRST STATE BANK OF
CROSSETT ARKANSAS                                                                                          APPELLANT

VS.                                          CASE NO. 12-CV-1012

STEPHEN CAINE and
RITA CAINE                                                                                                 APPELLEES

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss Appeal. (ECF No. 4). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and the pending appeal is hereby **DISMISSED**. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 26th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge